# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Marilyn Reyes individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.     Civil Action No. 1:18-cv-02250

Crystal Farms Refrigerated Distribution Company

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Crystal Farms Refrigerated Distribution Company
c/o Corporate Creations Network Inc.
5200 Willson Road #150
Edina, MN 55424

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Levin Epstein & Associates, P.C. 1 Penn Plaza, # 2527, New York, NY 10119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/16/2018

s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*