EXHIBIT A



**Simply Potatoes**

made-from-fresh potatoes.
simply done.

why Simply Potatoes®?

mashed

hash browns

diced

sliced

wedges & whole

Farm Fresh™

full product details

EVERYTHING YOU NEED.™

MICHAEL FOODS INC






# the potatoes you want
# with ease



Simply Potatoes® delivers exactly that – and so much more. With *Simply Potatoes*, you're always ready to offer real, made-from-fresh potatoes that will impress guests with genuine flavor and consistent plate appeal.

## fresh matters

### *93*%
of consumers rate freshness of food as important to selecting a restaurant.*

### *83*%
of consumers believe refrigerated potatoes are fresh.*

**100% real potatoes.** Always made from fresh potatoes, and never frozen.

**Consistency.** The goodness of scratch, but with more consistent quality and performance.

**Ready to use.** Already cleaned, peeled, cut or mashed, and ready to cook.

**Overall Integrity.** With *Simply Potatoes*, you're supported by quality products and people committed to bringing you total value and real-world menu solutions.

### Sidebar navigation

- why Simply Potatoes®?
- mashed
- hash browns
- diced
- sliced
- wedges & whole
- Farm Fresh™
- full product details

# exclusive programs
## that help you build profits

*Simply Potatoes* is the leader in the refrigerated potatoes category, and the #1 grocery retail brand.† Our business-building programs have proven very successful, helping operators do more – and earn more – with *Simply Potatoes*.





### Switch to Simply™
If you're not using refrigerated potatoes, you could be sacrificing quality, convenience and savings. Find out why switching to *Simply Potatoes* is the smart choice for your operation.

**See It Now**



### Center Your Sides™
Discover how *Simply Potatoes* can help you drive traffic and increase profits by adding unique, memorable potato side dish recipes that complement your traditional favorites.

**See It Now**

*Datassential February 2014 Omnibus
†ACNielsen, TTL US 52 weeks ending 2/1/14 (Pounds Sold)

**For ordering information, or customer service assistance, call 1-800-328-5474**

©2014 Michael Foods, Inc. All Rights Reserved. POT100

**michaelfoods.com**

*Simply Smarter. Simply Better.™*

# Simply Potatoes®

 

# mashed
## simply real. simply done.

As the **second most popular potato side dish,**\* mashed potatoes are a key component of your menu. And it's essential they meet your customers' expectations for taste, freshness and texture.†

### Simply Potatoes® Mashed Potatoes:

- Are made from fresh potatoes, and quality ingredients, for a **scratch-made taste**.
- Always have a **smooth and creamy texture** to please the widest variety of customers.
- Arrive mashed and ready to heat for total convenience.
- Offer multiple varieties, so there's a perfect option for every operation.



| why Simply Potatoes®? |
| mashed |
| hash browns |
| diced |
| sliced |
| wedges & whole |
| Farm Fresh™ |
| full product details |

| code | description | pack size (lbs.) | shelf life (DOM) | variety | details |
|---|---|---|---|---|---|
| 20169-15010 | Traditional Mashed | 4/6 | 50 | | Made with peeled Russet potatoes, skim milk, margarine and salt |
| 20169-15080 | Seasoned Mashed | 4/6 | 50 | | Made with peeled Russet potatoes, skim milk, butter, salt and white pepper |
| 20169-15750 | Homestyle Mashed | 4/6 | 50 | | Made with peeled Russet potatoes, milk, butter, salt and black pepper |
| 20169-15770 | Deluxe Mashed | 4/6 | 50 | | Made with peeled Russet potatoes, milk, butter, natural sour cream flavor, salt and black pepper |
| 20169-15190 | Red Skin Mashed | 4/6 | 42 | | Made with skin-on Red potatoes, skim milk, butter, natural sour cream flavor, salt and white pepper |
| 20169-15880 | Red Skin Roasted Garlic Mashed | 4/6 | 42 | | Made with skin-on Red potatoes, skim milk, butter, salt, roasted garlic and white pepper |
| 20169-18750 | Northern Gold™ Mashed | 4/6 | 50 | | Made with peeled Yellow potatoes, milk, butter, and salt |
| 20169-17700 | Sweet Potato Mashed | 4/6 | 50 | | Made with peeled Sweet potatoes, skim milk, brown sugar, margarine and cinnamon |

**All Simply Potatoes® Mashed Products are Certified Kosher, Gluten-Free, Sulfite-Free, and contain 0 grams trans fat per serving - Enjoy!**

\*NPD, CREST (YE Nov '13): Top Potato Side Dishes by Servings
†Datassential Feb. 2014 Consumer Omnibus: Top Three Mashed Potato Attributes

©2014 Michael Foods, Inc. All Rights Reserved. POT100 **michaelfoods.com** *Simply Smarter. Simply Better.*™

# Simply Potatoes

 

# hash browns
## simply convenient. simply done.

Serve your customers **the #1 breakfast side dish**,* just the way they want it … fresh tasting, golden-brown and crispy!†

### Simply Potatoes® Hash Browns:

- Shredded from fresh potatoes, and never frozen.
- Utilize our proprietary IntegraChill™ Freshness Assurance process that protects the natural taste, texture and integrity of the potato shred.
- Go straight from cooler to grill.
- Deliver consistent performance and **versatility across all menus and dayparts**.



- why Simply Potatoes®?
- mashed
- **hash browns**
- diced
- sliced
- wedges & whole
- Farm Fresh™
- full product details

| code | description | pack size (lbs.) | shelf life (DOM) | variety | details |
|---|---|---|---|---|---|
| 20169-15100 | Shredded Hash Browns, 3/16" wide | 2/10 | 35 | | Classic Shred 1/8" x 3/16", peeled Russet potatoes |
| 20169-15105 | Shredded Hash Browns, 3/16" wide | 1/10 | 35 | | Classic Shred 1/8" x 3/16", peeled Russet potatoes |
| 20169-30001 | Special Cut Hash Browns, 3/8" wide | 2/10 | 31 | | Special Shred 1/8" x 3/8", skin-on Russet potatoes |

**All Hash Browns Products are Certified Kosher, Gluten-Free, Sulfite-Free, and contain 0 grams trans fat per serving - Enjoy!**

* NPD, CREST (YE Dec '13): Top Breakfast Side Dishes by Servings (Hash Browns/Home Fries)
† Datassential Feb. 2014 Consumer Omnibus: Top Three Hash Brown Attributes

©2014 Michael Foods, Inc. All Rights Reserved.  POT100

**michaelfoods.com**

*Simply Smarter. Simply Better.™*




# Simply Potatoes®

# diced
## simply versatile. simply done.

With Simply Potatoes® Diced Potatoes, you have **the versatility to go from morning through night**. From home fries at breakfast – to classic potato favorites at lunch – to signature roasted potatoes at dinner.

## Simply Potatoes® Diced Potatoes:

- Eliminate time spent cleaning, peeling and dicing.

- Are always made from fresh potatoes, and never frozen.

- Provide a wide range of **dice sizes and varieties**, offering a perfect fit for every operator.

- Perfect for home fries, potato salads, soups and other on-trend diced applications.



why Simply Potatoes®?

mashed

hash browns

**diced**

sliced

wedges & whole

Farm Fresh™

full product details

| code | description | pack size (lbs.) | shelf life (DOM) | variety | details |
|---|---|---|---|---|---|
| 20169-15110 | 5/8" Southern Style Diced | 2/10 | 35 | | Diced 5/8" x 5/8" x 3/4", peeled Russet potatoes |
| 20169-15115 | 5/8" Southern Style Diced | 1/10 | 35 | | Diced 5/8" x 5/8" x 3/4", peeled Russet potatoes |
| 20169-15150 | 3/4" Large Diced | 2/10 | 35 | | Diced 5/8" x 3/4" x 7/8", peeled Russet potatoes |
| 20169-15140 | 7/8" Extra Large Diced | 2/10 | 35 | | Diced 7/8" x 7/8" x 3/4", peeled Russet potatoes |
| 20169-15170 | 5/8" Red Skin Diced | 2/10 | 31 | | Diced 5/8" x 5/8" x 3/4", skin-on Red potatoes |
| 20169-15300 | 3/4" Large Red Skin Diced | 2/10 | 31 | | Diced 5/8" x 3/4" x 7/8", skin-on Red potatoes |

**All Diced Products are Certified Kosher, Gluten-Free, Sulfite-Free, and contain 0 grams trans fat per serving - Enjoy!**

©2014 Michael Foods, Inc. All Rights Reserved.  POT100

**michaelfoods.com**

*Simply Smarter. Simply Better.™*




# Simply Potatoes®

why Simply Potatoes®?

mashed

hash browns

diced

sliced

wedges & whole

Farm Fresh™

full product details

# sliced
## simply dependable. simply done.

Give your customers that **fresh, scratch-made taste** – while saving time and labor with the ease of a sliced refrigerated product.

## Simply Potatoes® Sliced Potatoes:

- Arrive prepared and ready to cook.

- Deliver **consistently-sized slices** in multiple varieties.

- Are made from fresh potatoes, never frozen.

- No matter what your application – scalloped potatoes, pizzas, chips, strattas and more – your customers will always enjoy real potatoes and fresh potato flavor.



| code | description | pack size (lbs.) | shelf life (DOM) | variety | details |
|---|---|---|---|---|---|
| 20169-15120 | American Home Fries Sliced, 1/8" | 2/10 | 35 | | Sliced 1/8" thick, peeled Russet potatoes |
| 20169-15125 | American Home Fries Sliced, 1/8" | 1/10 | 35 | | Sliced 1/8" thick, peeled Russet potatoes |
| 20169-15270 | Hearty Cut Sliced, 3/4" | 2/10 | 35 | | Sliced 5/8" to 3/4" thick, peeled Russet potatoes |
| 20169-34000 | Skin-on Sliced, 1/4" | 2/10 | 31 | | Sliced 1/4" thick, skin-on Russet potatoes |
| 20169-15230 | Red Skin Sliced, 1/4" | 2/10 | 31 | | Sliced 1/4" thick, skin-on Red potatoes |

**All Sliced Products are Certified Kosher, Gluten-Free, Sulfite-Free, and contain 0 grams trans fat per serving - Enjoy!**

©2014 Michael Foods, Inc. All Rights Reserved.  POT100

**michaelfoods.com**

*Simply Smarter. Simply Better.*™

Case 1:16-cv-02759-MSS-RM Document 15-1 Filed 12/14/16 Page 8 of 10 PageID #: 154

 

# Simply Potatoes®

## wedges & whole
### simply smart. simply done.

Simply Potatoes® Wedges and Whole Peeled Potatoes are **convenient and versatile**. Already cleaned and partially cooked for optimal performance, these products allow you to create stand-out potato dishes in no time.

### Simply Potatoes® Wedges & Whole Peeled:

- Always made from fresh potatoes, and never frozen.

- Red Skin Wedges provide an upscale appearance and **add color to any plate** – great for roasted potatoes or potato salad.

- Whole Potatoes are a great starting point for virtually any potato dish – shred, slice, dice or mash for complete versatility.



| code | description | pack size (lbs.) | shelf life (DOM) | variety | details |
|------|-------------|------------------|------------------|---------|---------|
| 20169-12587 | Small Red Skin Wedges, 8-cut | 2/10 | 31 | | 8-cut wedges from B-sized, skin-on Red potatoes |
| 20169-15870 | Red Skin Wedges, 8-cut | 2/10 | 31 | | 8-cut wedges from A-sized, skin-on Red potatoes |
| 20169-12590 | Quartered Red Skin Wedges | 2/10 | 31 | | 4-cut wedges from B-sized, skin-on Red potatoes |
| 20169-15340 | Whole B Potato, Peeled | 2/10 | 35 | | Whole peeled, B-sized Russet potatoes |

**All Simply Potatoes® Wedges and Whole Products are Certified Kosher, Gluten-Free, Sulfite-Free, and contain 0 grams trans fat per serving - Enjoy!**

Navigation menu:
- why Simply Potatoes®?
- mashed
- hash browns
- diced
- sliced
- wedges & whole
- Farm Fresh™
- full product details

# Simply Potatoes®

 

# Farm Fresh™

Available to customers in Western Distribution, Farm Fresh™ refrigerated potatoes feature skin-on cuts for a **home-style appearance and fresh taste**. Available in a wide range of convenient, ready-to-cook products that will save you time and labor.

### Farm Fresh™ Potatoes:

- Arrive prepared and ready to cook – no cleaning or cutting.
- Always made from fresh potatoes, and never frozen.
- Varieties include sliced, hash browns and diced.



*Farm Fresh QUALITY*

| | | | | | |
|---|---|---|---|---|---|
| why Simply Potatoes®? | | | | | |
| mashed | | | | | |
| hash browns | | | | | |
| diced | | | | | |
| sliced | | | | | |
| wedges & whole | | | | | |
| **Farm Fresh™** | | | | | |
| full product details | | | | | |

| code | description | pack size (lbs.) | shelf life (DOM) | variety | details |
|---|---|---|---|---|---|
| 20169-30210 | Skin-On Shredded Hash Browns, 3/16" | 2/10 | 35 | | Classic Shred 3/16" wide, skin-on Russet potatoes |
| 20169-83210 | Shredded Hash Browns, 3/16" | 2/10 | 35 | | Classic Shred 3/16" wide, partially peeled Russet potatoes |
| 20169-33210 | Skin-on Special Cut Hash Browns, 3/8" | 2/10 | 35 | | Special Shred 3/8" wide, skin-on Russet potatoes |
| 20169-83230 | Special Cut Hash Browns, 3/8" | 2/10 | 35 | | Special Shred 3/8" wide, partially peeled Russet potatoes |
| 20169-80220 | 1/2" Diced | 2/10 | 35 | | Diced 1/2" x 1/2" x 3/4", partially peeled Russet potatoes |
| 20169-90210 | 1/2" Skin-on Diced | 2/10 | 35 | | Diced 1/2" x 1/2" x 3/4", skin-on Russet potatoes |
| 20169-91210 | 3/4" Skin-on Diced | 2/10 | 35 | | Diced 3/4" x 3/4" x 1", skin-on Russet potatoes |
| 20169-71210 | 3/4" Red Skin Diced | 2/10 | 35 | | Diced 1/2" x 3/4" x 1", skin-on Red potatoes |
| 20169-74210 | 3/4" Large Red Skin Diced | 2/10 | 35 | | Diced 1 1/2" x 3/4" x 1/2", skin-on Red potatoes |
| 20169-40230 | Skin-on Cottage Fries Sliced, 1/8" | 2/10 | 35 | | Sliced 1/8" thick, skin-on Russet potatoes |
| 20169-20210 | Skin-on Sliced, 1/4" | 2/10 | 35 | | Sliced 1/4" thick, skin-on Russet potatoes |
| 20169-84210 | Sliced, 1/4" | 2/10 | 35 | | Sliced 1/4" thick, partially peeled Russet potatoes |
| 20169-63150 | Mashed Pulp-Tote | 120/15 | 21 | | Partially peeled Russet potato pulp, no added ingredients; tote |
| 20169-63152 | Mashed Pulp | 2/15 | 21 | | Partially peeled Russet potato pulp, no added ingredients |

All Farm Fresh™ Products are Certified Kosher, Gluten-Free, Sulfite-Free, and contain 0 grams trans fat per serving - Enjoy!

**Farm Fresh™ Potatoes are available for Western Distribution only: AZ, CA, ID, MT, NM, NV, OR, UT, WA**

©2014 Michael Foods, Inc. All Rights Reserved.  POT100

**michaelfoods.com**

*Simply Smarter. Simply Better.™*


# full product details

why Simply Potatoes?
mashed
hash browns
diced
sliced
wedges & whole
Farm Fresh™
full product details

## mashed

| code | description | pack size (lbs.) | shelf life | net wt | gross wt (lbs.) | case cube | variety | details |
|---|---|---|---|---|---|---|---|---|
| 20169-10010 | Traditional Mashed | 4/6 | 50 | 24 | 25.22 | 0.51 | | Made with peeled Russet potatoes, skim milk, margarine and salt |
| 20169-10080 | Seasoned Mashed | 4/6 | 50 | 24 | 25.22 | 0.51 | | Made with peeled Russet potatoes, skim milk, butter, salt and white pepper |
| 20169-10750 | Homestyle Mashed | 4/6 | 50 | 24 | 25.22 | 0.51 | | Made with peeled Russet potatoes, milk, butter, salt and black pepper |
| 20169-10770 | Deluxe Mashed | 4/6 | 50 | 24 | 25.22 | 0.51 | | Made with peeled Russet potatoes, milk, butter, natural sour cream flavor, salt and black pepper |
| 20169-15190 | Red Skin Mashed | 4/6 | 42 | 24 | 25.22 | 0.51 | | Made with red-skin potatoes, skim milk, butter, natural sour cream flavor, salt and white pepper |
| 20169-15880 | Red Skin Roasted Garlic Mashed | 4/6 | 42 | 24 | 25.22 | 0.51 | | Made with skin-on Red potatoes, skim milk, butter, salt, roasted garlic and white pepper |
| 20169-18750 | Northern Gold™ Mashed | 4/6 | 50 | 24 | 25.22 | 0.51 | | Made with peeled Yellow potatoes, milk, butter and salt |
| 20169-17700 | Sweet Potato Mashed | 4/6 | 50 | 24 | 25.22 | 0.51 | | Made with peeled Russet potatoes, skim milk, brown, sugar, margarine and cinnamon |

## hash browns

| code | description | pack size (lbs.) | shelf life | net wt | gross wt (lbs.) | case cube | variety | details |
|---|---|---|---|---|---|---|---|---|
| 20169-15100 | Shredded Hash Browns, 3/16" wide | 2/10 | 35 | 20 | 21.87 | 0.57 | | Classic Shred 1/8" x 3/16", peeled Russet potatoes |
| 20169-15105 | Shredded Hash Browns, 3/16" wide | 1/10 | 35 | 10 | 11.80 | 0.35 | | Classic Shred 1/8" x 3/16", peeled Russet potatoes |
| 20169-30005 | Special Cut Hash Browns, 3/8" wide | 2/10 | 31 | 20 | 21.87 | 0.57 | | Special Shred 3/8" x 3/8", skin-on Russet potatoes |

## diced

| code | description | pack size (lbs.) | shelf life | net wt | gross wt (lbs.) | case cube | variety | details |
|---|---|---|---|---|---|---|---|---|
| 20169-15110 | 5/8" Southern Style Diced | 2/10 | 35 | 20 | 21.87 | 0.57 | | Diced 5/8"x 5/8" x 3/4", peeled Russet potatoes |
| 20169-15115 | 5/8" Southern Style Diced | 1/10 | 35 | 10 | 11.80 | 0.35 | | Diced 5/8" x 5/8" x 3/4", peeled Russet potatoes |
| 20169-15150 | 3/4" Large Diced | 2/10 | 35 | 20 | 21.87 | 0.57 | | Diced 3/4" x 3/4" x 7/8", peeled Russet potatoes |
| 20169-15160 | 7/8" Extra Large Diced | 2/10 | 35 | 20 | 21.87 | 0.57 | | Diced 7/8" x 7/8" x 3/4", peeled Russet potatoes |
| 20169-15170 | 5/8" Red Skin Diced | 2/10 | 21 | 20 | 21.87 | 0.57 | | Diced 5/8" x 5/8" x 3/4", skin-on Red potatoes |
| 20169-15300 | 3/4" Large Red Skin Diced | 2/10 | 21 | 20 | 21.87 | 0.57 | | Diced 5/8" x 3/4" x 7/8", skin-on Red potatoes |

## sliced

| code | description | pack size (lbs.) | shelf life | net wt | gross wt (lbs.) | case cube | variety | details |
|---|---|---|---|---|---|---|---|---|
| 20169-15120 | American Home Fries Sliced, 1/8" | 2/10 | 35 | 20 | 21.87 | 0.57 | | Sliced 1/8" thick, peeled Russet potatoes |
| 20169-15125 | American Home Fries Sliced, 1/8" | 1/10 | 35 | 10 | 11.80 | 0.35 | | Sliced 1/8" thick, peeled Russet potatoes |
| 20169-15270 | Hearty Cut Slice, 3/4" | 2/10 | 35 | 20 | 21.87 | 0.57 | | Sliced 5/8" to 3/4" thick, peeled Russet potatoes |
| 20169-24000 | Skin-on Sliced, 1/4" | 2/10 | 35 | 20 | 21.87 | 0.57 | | Sliced 1/4" thick slices, skin-on Russet potatoes |
| 20169-15230 | Red Skin Sliced, 1/4" | 2/10 | 21 | 20 | 21.87 | 0.57 | | Sliced 1/4" thick slices, skin-on Red potatoes |

## wedges and whole

| code | description | pack size (lbs.) | shelf life | net wt | gross wt (lbs.) | case cube | variety | details |
|---|---|---|---|---|---|---|---|---|
| 20169-12687 | Small Red Skin Wedges, 6-cut | 2/10 | 21 | 20 | 21.87 | 0.57 | | 6-cut wedges from B-sized, skin-on Red potatoes |
| 20169-15070 | Red Skin Wedges, 6-cut | 2/10 | 21 | 20 | 21.87 | 0.57 | | 6-cut wedges from A-sized, skin-on Red potatoes |
| 20169-12590 | Quartered Red Skin Wedges | 2/10 | 21 | 20 | 21.87 | 0.57 | | 4-cut wedges from B-sized, skin-on Red potatoes |
| 20169-15340 | Whole B Potato, Peeled | 2/10 | 35 | 20 | 21.87 | 0.61 | | Whole peeled, B-sized Russet potatoes |

# Farm Fresh™

| code | description | pack size (lbs.) | shelf life | net wt | gross wt (lbs.) | case cube | variety | details |
|---|---|---|---|---|---|---|---|---|
| 20169-30210 | Skin-On Shredded Hash Browns, 3/16" | 2/10 | 35 | 20 | 21.87 | 0.57 | | Classic 3/16" wide, skin-on Russet potatoes |
| 20169-30215 | Shredded Hash Browns, 3/16" | 2/10 | 35 | 20 | 21.87 | 0.57 | | Classic 3/16" wide, partially peeled Russet potatoes |
| 20169-30310 | Skin-On Special Cut Hash Browns, 3/8" | 2/10 | 35 | 20 | 21.87 | 0.49 | | Special 3/8" wide, skin-on Russet potatoes |
| 20169-30230 | Special Cut Hash Browns, 3/8" | 2/10 | 35 | 20 | 21.87 | 0.49 | | Special 3/8" wide, partially peeled Russet potatoes |
| 20169-30220 | 1/2" Diced | 2/10 | 35 | 20 | 21.87 | 0.49 | | Diced 1/2" x 1/2" x 3/4", partially peeled Russet potatoes |
| 20169-30250 | 1/2" Skin-On Diced | 2/10 | 35 | 20 | 21.87 | 0.49 | | Diced 1/2" x 1/2" x 3/4", skin-on Russet potatoes |
| 20169-31210 | 3/4" Skin-On Diced | 2/10 | 35 | 20 | 21.87 | 0.49 | | Diced 3/4" x 3/4" x 1", skin-on Russet potatoes |
| 20169-71215 | 3/4" Red Skin Diced | 2/10 | 35 | 20 | 21.87 | 0.49 | | Diced 1/2" x 3/4" x 1", skin-on Red potatoes |
| 20169-74210 | 3/4" Large Red Skin Diced | 2/10 | 35 | 20 | 21.87 | 0.49 | | Diced 1 1/2" x 3/4" x 1/2", skin-on Red potatoes |
| 20169-40120 | Skin-On Cottage Fries Sliced, 1/4" | 2/10 | 35 | 20 | 21.87 | 0.49 | | Sliced 1/8" thick, skin-on Russet potatoes |
| 20169-20210 | Skin-On Sliced, 1/4" | 2/10 | 35 | 20 | 21.87 | 0.49 | | Sliced 1/4" thick, skin-on Russet potatoes |
| 20169-04210 | Sliced, 1/4" | 2/10 | 35 | 20 | 21.87 | 0.49 | | Sliced 1/4" thick, partially peeled Russet potatoes |
| 20169-63150 | Mashed Pulp-Tote | 120/15 | 21 | 1800 | 1857 | .38x.38 | | Partially peeled Russet potato pulp, no added ingredients; tote |
| 20169-63162 | Mashed Pulp | 3/15 | 21 | 20 | 20.99 | 0.80 | | Partially peeled Russet potato pulp, no added ingredients |

©2016 Michael Foods, Inc. All Rights Reserved. POT100

michaelfoods.com

Simply Smarter. Simply Better.™