UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARILYN REYES, individually and on behalf of all
others similarly situated,

        Plaintiff,

        v.

CRYSTAL FARMS REFRIGERATED DISTRIBUTION
COMPANY,

        Defendant.
------------------------------------------------------------ X

JUDGMENT
18-CV-2250 (NGG) (RML)

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 26, 2019, granting Defendant's motion to dismiss Plaintiff's amended complaint in full; it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss Plaintiff's amended complaint is granted in full.

Dated: Brooklyn, NY  
      July 30, 2019

Douglas C. Palmer  
Clerk of Court

        By:    /s/*Jalitza Poveda*  
               Deputy Clerk